**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **FREDERICK R. JAMES,** | ) | |
| | ) | |
| **Petitioner/Defendant,** | ) | |
| | ) | **CIVIL NO. 04-CV-565-MJR** |
| **vs.** | ) | |
| | ) | **CRIMINAL NO. 01-CR-30086** |
| **UNITED STATES of AMERICA ,** | ) | |
| | ) | |
| **Respondent/Plaintiff.** | ) | |

**<u>MEMORANDUM AND ORDER</u>**

**REAGAN, District Judge:**

Before the Court is Petitioner's application for certificate of appealability (Doc. 5), along with his notice of appeal.  Pursuant to 28 U.S.C. § 2253, a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."

In his motion, Petitioner challenges the correctness of *McReynolds v. United States*, 397 F.3d 479, 481 (7th Cir. 2005), which held that *Blakely v. Washington*, 124 S.Ct. 2531 (2004), and *United States v. Booker*, 125 S.Ct. 738 (U.S. Jan. 12, 2005), do not apply retroactively to convictions that were final prior to the *Booker* decision.  The Court finds that Petitioner's argument does not present "a substantial showing of the denial of a constitutional right."  Accordingly, the motion for a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

**DATED this 17th day of June, 2005.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**